## SECOND DISTRICT.

**E. L. Yocum, appellee, v. W. J. Taylor, appellant. Gen. No. 7,792.**
Suit for distress for rent. Judgment for plaintiff. Appeal from the County Court of Stark county; the Hon. W. W. Wright, Judge, presiding. Heard in this court at the April term, 1927. Affirmed. Opinion filed September 29, 1927. Rehearing denied May 1, 1928.
James N. Cummings, for appellant. Brian & McManus, for appellee.
Mr. Justice Jones delivered the opinion of the court.

**James H. Sullivan, appellee, v. William A. Hickey and Dennis J. Hickey, Jr., trading as Hickey Brothers, appellants. Gen. No. 7,766.**
Action for injuries to bicyclist from collision with automobile. Judgment for plaintiff. Appeal from the Circuit Court of Rock Island county; the Hon. W. T. Church, Judge, presiding. Heard in this court at the April term, 1927. Reversed and remanded. Opinion filed January 10, 1928.
Connelly, Weld, Walker, Searle & Crampton, for appellants; H. A. Weld, of counsel. Kenworthy, Dietz, Shallberg, Harper & Sinnett, for appellee.
Mr. Justice Boggs delivered the opinion of the court.

**Peter O. Benson, appellee, v. Albert Johnson, appellant. Gen. No. 7,840.**
Assumpsit for labor performed. Judgment for plaintiff. Appeal from the Circuit Court of DeKalb county; the Hon. W. J. Fulton, Judge, presiding. Heard in this court at the October term, 1927. Affirmed. Opinion filed January 10, 1928. Rehearing denied May 1, 1928.
Julius E. Matteson and John A. Dowdall, for appellant. Thomas M. Cliffe, for appellee.
Mr. Justice Boggs delivered the opinion of the court.

**Anna M. Shields, administratrix of the estate of James Shields, deceased, appellant, v. Elmer Haig, appellee. Gen. No. 7,868.**
Action on promissory note. Appeal by plaintiff from order vacating confession judgment. Appeal from the Circuit Court of Woodford county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the October term, 1927. Affirmed. Opinion filed January 10, 1928.
Orman Ridgely, for appellant. Kennedy & Kennedy, for appellee.
Mr. Justice Boggs delivered the opinion of the court.

**In re estate of Mark Allen, deceased, appellant, v. Emma Tolley, claimant and appellee. Gen. No. 7,730.**
Claim against decedent's estate. Judgment for claimant. Appeal from the Circuit Court of Knox county; the Hon. W. C. Frank, Judge, presiding. Heard in this court at the October term, 1926. Reversed and remanded. Opinion filed January 23, 1928.
Bert E. McLaughlin and R. C. Hunt, for appellant. Jerry A. Harn, for appellee.
Mr. Presiding Justice Jett delivered the opinion of the court.